**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 16-2015**

—————

RONNIE LEE ALSTON,

             Plaintiff - Appellant,

       v.

MD ARASTOO YAZDANI; DR. ARASTOO YAZDANI; DRS. ANTON
MINASSIAN; DRS. SLAVKA MINASSIAN; MD RASHEED A. ABASSI;
DORTHY KENMACIA, Pharmacist,

             Defendants - Appellees.

—————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   George Jarrod Hazel, District Judge.
(8:15-cv-02660-GJH)

—————

Submitted:  December 20, 2016     Decided:  December 22, 2016

—————

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Ronnie Lee Alston, Appellant Pro Se.   Andrew Raymond Booth,
Larry D. McAfee, GLEASON, FLYNN, EMIG & FOGLEMAN, CHARTERED,
Rockville, Maryland, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Lee Alston appeals the district court's order orders dismissing his complaint for failure to state a claim and granting in part and denying in part his Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Alston v. Yazdani, No. 8:15-cv-02660-GJH (D. Md. Sept. 17, 2015; filed Aug. 5, 2016 & entered Aug. 8, 2016). We deny Alston's motion to strike a response brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED